# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 16-686V**
**Filed: August 16, 2016**
UNPUBLISHED

* * * * * * * * * * * * * * * * * * * * * * * * *

CANDY GLASCOCK,          *

          *

      Petitioner,       *      Ruling on Entitlement; Concession;

v.             *      Tetanus-diphtheria-acellular pertussis

             *      ("Tdap"); Shoulder Injury Related

SECRETARY OF HEALTH      *      to Vaccine Administration ("SIRVA");

AND HUMAN SERVICES,      *      Special Processing Unit ("SPU")

          *

      Respondent.     *

          *

* * * * * * * * * * * * * * * * * * * * * * * * *

*Michael McLaren, Black McLaren, et al., PC, Memphis, TN, for petitioner.*
*Lara Englund, U.S. Department of Justice, Washington, DC, for respondent.*

## RULING ON ENTITLEMENT[1]

**Dorsey**, Chief Special Master:

On June 10, 2016, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that following an April 13, 2015 tetanus-diphtheria-acellular pertussis ("Tdap") vaccination she suffered a shoulder injury related to vaccine administration ("SIRVA"). Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On August 16, 2016, respondent filed her Rule 4(c) report in which she concedes that petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, respondent agreed that petitioner's SIRVA was caused-in-fact by the Tdap vaccination she received on April 13, 2015 *Id.* at 3. Respondent further agrees that petitioner has satisfied all legal prerequisites for compensation under the Vaccine Act. *Id.*

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

In view of respondent's concession and the evidence before me, the undersigned finds that petitioner is entitled to compensation.

**IT IS SO ORDERED.**

<u>**s/Nora Beth Dorsey**</u>
Nora Beth Dorsey
Chief Special Master